*William J. McKinley, Jr.,* with him *Swartz, Campbell & Detweiler,* for appellee.

Opinion Per Curiam, January 5, 1965:

Plaintiff brought an action of trespass; the jury rendered a verdict for defendant. In the first trial between these parties the jury disagreed; in the second trial, the jury returned a verdict for defendant; and in the third trial, i.e., the present trial, the jury likewise returned a verdict for defendant. In the present appeal, plaintiff alleges (a) prejudicial errors in the Court's charge and (b) the Court's failure to charge or correct his charge on one point as orally requested by plaintiff.

We find (1) no basic and fundamental error, and (2) no merit in any of plaintiff's contentions.

Judgment affirmed.

## Lifschutz *v.* Rosenbluth, Appellant.

Argued November 11, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

630

*Norman Paul Harvey,* with him *Charles Robert Bernsee,* and *Liebert, Harvey, Herting & Short,* for appellant.

*Joseph D. Shein,* for appellee.

OPINION PER CURIAM, January 5, 1965:
The order of the court below granting a new trial is affirmed.

## Mager, Appellant, *v.* Kulp.

Argued January 8, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused April 7, 1965.

*Cyril L. Weston,* for appellants.

*Robert M. Mountenay,* with him *Smith, Mountenay, Mims & Wilson,* for appellees.

OPINION PER CURIAM, March 16, 1965:
This appeal raises the question of whether a zoning ordinance had been validly enacted. The lower